AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| MAYENSSI MONTIEL, Indvidually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>PARKING REVUNE RECOVERY SERVICES, INC., a Colorado Corporation<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-1771-NRN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARKING REVENUE RECOVERY SERVICES, INC.
c/o InCorp Services, Inc
36 South 18th Avenue, Suite D
Brighton, Colorado 80601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Josh Sanford
SANFORD LAW FIRM PLLC
10800 Financial Centre PKWY, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 06/05/2025

CLERK OF COURT

/s/ A.G. Ryan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-01771**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Parking Revenue Recovery Services** was recieved by me on **6/06/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

**X**  I served the summons on **Binnie Zanetti**, who is designated by law to accept service of process on behalf of **Parking Revenue Recovery Services** at **36 S 18th Ave Ste D1, Brighton, CO 80601** on **06/06/2025 at 1:37 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 68.90** for services, for a total of **$ 68.90**.

I declare under penalty of perjury that this information is true.

Date:  06/06/2025

*Server's signature*

**Francisca Wright**
*Printed name and title*

**6222 Marble Mille Place**
**Frederick, CO 80516**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Binnie Zanetti who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 80-120 lbs with glasses.**




Tracking #: **0172638397**