IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action: 1:25-cv-1771-NRN

MAYENSSI MONTIEL, Individually and on Behalf of All Others Similarly Situated;

    Plaintiffs,

v.

PARKING REVENUE RECOVERY SERVICES, INC., a Colorado Corporation,

    Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant PARKING REVENUE RECOVERY SERVICES, INC.

    DATED this 27th day of June, 2025.

    Respectfully submitted,

*/s/ Kelsey Boehm*
Kelsey Boehm
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, CO 80202
Phone: 720-437-2000
Fax: 720-437-2200
kboehm@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2025 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

*s/ Kelsey C. Boehm*