IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action: 1:25-cv-1771-NRN

MAYENSSI MONTIEL, Individually and
on Behalf of All Others Similarly Situated;

    Plaintiffs,

v.

PARKING REVENUE RECOVERY
SERVICES, INC., a Colorado Corporation,

    Defendant.

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PARKING REVENUE RECOVERY SERVICES, INC. TO RESPOND TO COMPLAINT**

Pursuant to D.C.COLO.L.CivR 6.1(a), Defendant Parking Revenue Recovery Services, Inc. ("PRRS") and Plaintiffs stipulate to a twenty-one (21) day extension of time for PRRS to respond to Plaintiffs' Complaint [Dkt #1] ("Complaint"). Pursuant to the parties' agreement, PRRS will file its response on or before July 18, 2025. In support of this Stipulation, the parties state as follows:

1.     Plaintiffs filed their Complaint on June 5, 2025. *See* Dkt. 1.

2.     Plaintiffs served PRRS with a copy of the Complaint on June 6, 2025. *See* Dkt. 5.

3.     Therefore, PRRS's deadline to answer or otherwise respond to the Complaint is June 27, 2025. *See id*.

4.     The undersigned counsel for PRRS was just recently retained in this matter and has no prior experience with this dispute. Therefore, undersigned counsel requires some time in

1

addition to the normal 21-day period following service to prepare a response to the Complaint.

5.     PRRS has not previously requested an extension of time to answer or otherwise respond to Plaintiffs' Complaint.

6.     As required by D.C.COLO.L.CivR 6.1(c), undersigned counsel will serve a copy of this stipulation on their respective clients.

DATED this 27th day of June, 2025.

Respectfully submitted,

*/s/ Kelsey Boehm*
Kelsey Boehm
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, CO 80202
Phone: 720-437-2000
Fax: 720-437-2200
kboehm@foley.com

**COUNSEL FOR DEFENDANT PRRS**

*/s/ Joshua J. Sanford (with permission)*
Joshua J. Sanford
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Kirkpatrick Plaza
Suite 510
Little Rock, AR 72211800-615-4946
(720) 489-5848

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2025 I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND JURY DEMAND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

s/ Kelsey C. Boehm