IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action: 1:25-cv-1771-NRN

MAYENSSI MONTIEL, Individually and
on Behalf of All Others Similarly Situated;

    Plaintiffs,

v.

PARKING REVENUE RECOVERY
SERVICES, INC., a Colorado Corporation,

    Defendant.

---

**NOTICE OF RELATED CASE**

---

    Pursuant to D.C. COLO.L.CivR 3.2, Defendant Parking Revenue Recovery Services, Inc. ("PRRS") hereby provides notice identifying related cases pending in this District: *Butler et al v. Asura Technologies USA, Inc. and Parking Revenue Recovery Services, Inc.*, Civil Action No. 1:24-cv-00529-DDD-STV ("the *Butler* Case") and *Crostarosa v. LAZ Parking LTD., Parking Revenue Recovery Services, Inc., and Asura Technologies USA, Inc.*, Civil Action No. 1:25-cv-211- NYW-KAS ("the *Crostarosa* Case"). The *Butler* Case and *Crostarosa* Case are related cases pursuant to D.C. COLO.L.CivR 3.2(b) because, consistent with this local rule and while there may be individualized issues, they have common claims and at least one party in common with the instant case. Specifically, both cases involve:

- A cause of action under the Drivers Privacy Protection Act, 18 U.S.C. § 2721, et seq.;
- Asserted against Defendant PRRS;

1

- Relating to PRRS's alleged parking facility compliance monitoring.

DATED this 17th day of July, 2025.

Respectfully submitted,

*/s/ Kelsey Boehm*
Kelsey Boehm
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, CO 80202
Phone: 720-437-2000
Fax: 720-437-2200
kboehm@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17<sup>tth</sup> day of July, 2025 I electronically filed the foregoing **NOTICE OF RELATED CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

<u>s/ Kelsey Boehm</u>