# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01771

MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated,

    *Plaintiff*,

v.

PARKING REVENUE RECOVERY SERVICES, INC.,

    *Defendant*.

---

## DECLARATION OF MICHAEL J. DROW IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION

---

I, Michael J. Drow, hereby declare as follows:

1. The matters set forth in this Declaration are based on my personal knowledge and review of Defendant Parking Revenue Recovery Services, Inc.'s business records. I submit this declaration in support of Defendant's Motion to Compel Arbitration.

2. I am the Chief Executive Officer of Defendant Parking Revenue Recovery Services, Inc. ("PRRS"). I have been Chief Executive Officer of PRRS since February 2022.

3. The parking lots monitored for compliance by PRRS at 400 East 3rd Street in Little Rock, Arkansas ("400 East 3rd Street") contain conspicuous red signs bearing the text reflected in the photograph attached as **Exhibit 1.** The sign pictured in Exhibit 1 currently appears at 400 East 3rd Street and has been posted since at least December 2023.

4. The signs are posted in multiple places at 400 East 3rd Street, including at the entrance and exit to the parking lot. Attached hereto as **Exhibit 2** is a true and correct picture of

the sign appearing at the entrance of 400 East 3rd Street in April 2024 from PRRS's business records.

5.   Attached hereto as **Exhibit 3** are additional images of the entrance and exit of the 400 East 3rd Street parking lot taken from Google Street view in December 2023.[1]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of July, 2025.

/s/ Michael J. Drow

Michael J. Drow

---

[1] *See* https://www.google.com/maps/@34.7456415,-92.2671549,3a,75y,319.49h,91.61t/data=!3m7!1e1!3m5!1sdeC27iCyujCgxklrCb-VMg!2e0!6shttps:%2F%2Fstreetviewpixels-pa.googleapis.com%2Fv1%2Fthumbnail%3Fcb_client%3Dmaps_sv.tactile%26w%3D900%26h%3D600%26pitch%3D-1.6099009365069037%26panoid%3DdeC27iCyujCgxklrCb-VMg%26yaw%3D319.4863520803672!7i16384!8i8192?entry=ttu&g_ep=EgoyMDI1MDcxMy4wIKXMDSoASAFQAw%3D%3D