# EXHIBIT 2

YOU MUST COMPLY WITH ALL SIGNS AT ALL TIMES
NO FREE PARKING AT ANY TIME
PARKING COMPLIANCE
ARBITRATION
DATA PRIVACY

