IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:25-cv-1771-NRN

**MAYENSSI MONTIEL, Individually and
On Behalf of All Others Similarly Situated**

    Plaintiff,

v.

**PARKING REVENUE RECOVERY
SERVICES, INC., a Colorado Corporation,**

    Defendant.

---

### OBJECTION TO NOTICE OF RELATED CASE

---

Plaintiff Mayenssi Montiel ("Plaintiff"), by and through her attorney Josh Sanford of Sanford Law Firm, PLLC, for her Objection to Notice of Related, states and alleges as follows:

1. On July 18, Defendant filed a Notice of Related Case asserting that this matter is related to Butler et al v. Asura Technologies USA, Inc. and Parking Revenue Recovery Services, Inc., Civil Action No. 1:24-cv-529-DDD-STV ("the Butler Case") and Crostarosa v. LAZ Parking LTD., Parking Revenue Recovery Services, Inc., and Asura Technologies USA, Inc., Civil Action No. 1:25-cv-211- NYW-KAS ("the Crostarosa Case") currently pending before this court.

2. Plaintiff respectfully objects to the designation of this case as related to the cases mentioned above.

3. While both cases may involve similar issues, they are not sufficiently related to warrant reassignment under D.C. COLO.L.CivR 3.2.  Specifically, under subsection a, the cited cases are not pending within the meaning of the Rule.

4. For these reasons, Plaintiff respectfully requests that the Court decline to deem this case related and allow it to proceed before the originally assigned judge.

Respectfully submitted,

**MAYENSSI MONTIEL, Individually and On Behalf of All Others Similarly Situated, PLAINTIFF**

**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com