IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01771

MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated,

 *Plaintiff*,

v.

PARKING REVENUE RECOVERY SERVICES, INC.,

 *Defendant*.

---

**SUPPLEMENTAL DECLARATION OF MICHAEL J. DROW IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

---

I, Michael J. Drow, hereby declare as follows:

1. The matters set forth in this Declaration are based on my personal knowledge and review of Defendant Parking Revenue Recovery Services, Inc.'s ("PRRS") business records. I submit this <u>supplemental</u> declaration in support of Defendant's Motion to Compel Arbitration <u>to correct an error regarding the timeframe for which PRRS's signs reflected in the Exhibits to my original declaration appeared in the 400 East 3rd Street in Little Rock, Arkansas. For ease of reference, additions to the original declaration are shown in underline text and deletions are</u> ~~struck through~~.

2. I am the Chief Executive Officer of Defendant Parking Revenue Recovery Services, Inc. ("PRRS"). I have been Chief Executive Officer of PRRS since February 2022.

3. <u>From approximately December 2023 to July 8, 2025,</u> the parking lots monitored for compliance by PRRS at 400 East 3rd Street in Little Rock, Arkansas ("400 East 3rd Street") contain<u>ed</u> conspicuous red signs bearing the text reflected in the photograph attached as **Exhibit**

**1.** ~~The sign pictured in Exhibit 1 currently appears at 400 East 3rd Street and has been posted since at least December 2023.~~

    4.    <u>From December 2023 to July 8, 2025,</u> the signs <u>were</u> ~~are~~ posted in multiple places at 400 East 3rd Street, including at the entrance and exit to the parking lot. Attached hereto as **Exhibit 2** is a true and correct picture of the sign appearing at the entrance of 400 East 3rd Street in April 2024 from PRRS's business records.

    5.    Attached hereto as **Exhibit 3** are additional images of the entrance and exit of the 400 East 3rd Street parking lot taken from Google Street view in December 2023.[1]

    6.    <u>On or about July 8, 2025, PRRS's red signs at 400 East 3rd Street were replaced with an updated version of the red signs. PRRS's new signs are still red and posted in multiple places at 400 East 3rd Street, including at the entrance and exit to the parking lot. In addition, the new signs contain an arbitration provision stating: "ARBITRATION: By parking on this Facility, you hereby agree that the sole remedy for all unresolved disputes is binding arbitration, and specifically waive the right to a jury trial, class action and/or class arbitration."</u>

    7.    <u>My original declaration was based on my review of PRRS business records after the case was filed (beginning June 5, 2025). The error regarding timing in my original declaration was inadvertent. PRRS's business records have since been updated as a result of the sign replacements in July 2025, which is why I am submitting this supplemental declaration.</u>

---

[1] *See* https://www.google.com/maps/@34.7456415,-92.2671549,3a,75y,319.49h,91.61t/data=!3m7!1e1!3m5!1sdeC27iCyujCgxklrCb-VMg!2e0!6shttps:%2F%2Fstreetviewpixels-pa.googleapis.com%2Fv1%2Fthumbnail%3Fcb_client%3Dmaps_sv.tactile%26w%3D900%26h%3D600%26pitch%3D-1.6099009365069037%26panoid%3DdeC27iCyujCgxklrCb-VMg%26yaw%3D319.4863520803672!7i16384!8i8192?entry=ttu&g_ep=EgoyMDI1MDcxMy4wIKXMDSoASAFQAw%3D%3D

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of July, 2025.

*/s/ Michael J. Drow*

Michael J. Drow