# EXHIBIT 1

## YOU MUST COMPLY WITH ALL SIGNS AT ALL TIMES

This is a contract. Read these terms PRIOR to parking. By parking on this Facility, you accept all these terms.

## NO FREE PARKING AT ANY TIME

You must pay and/or be validated to use this Facility within the first 10 minutes of entering or you must be an authorized contract parker to enter this Facility.

## PARKING COMPLIANCE

This Facility's rules and use limitations are strictly enforced by Parking Revenue Recovery Services, Inc. This Facility may be monitored by video analytics and/or license plate recognition technology to ensure compliance with the Facility's rules for use. Vehicles failing to comply with the Facility's use rules will be assessed additional fees up to $250.00 per violation to recover costs to manage compliance and to identify violators and may be subject to towing or booting to the extent permitted by law. Unpaid fees assessed by PRRS will be assigned for collection to a debt collector.

## ARBITRATION

By parking on this Facility, you hereby agree that the sole remedy for all unresolved disputes is binding arbitration and specifically waive the right to a jury trial, class action and/or class arbitration.

## DATA PRIVACY

By entering this Facility, you agree to PRRS's Privacy Policy and acknowledge that PRRS is collecting and processing your personal information.

The PRRS privacy policy is located at:
https://parkingprrs.com/privacyPolicy.html
Scan for Privacy Policy

Notice at Collection:
https://parkingprrs.com/privacyPolicy.html
Scan for Notice at Collection




PRRS

877-302-7275