IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-1771-GPG

**MAYENNSI MONTIEL, Individually and
On Behalf of All Others Similarly Situated,**

    *Plaintiff*,

v.

**PARKING REVENUE RECOVERY
SERVICES, INC., a Colorado Corporation,**

    *Defendant*.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES

---

Plaintiff Mayennsi Montiel ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys of Sanford Law Firm, PLLC, for her Motion for Extension of Time to file her Responses to Defendant's Motion to Compel Arbitration and Motion to Stay, states and alleges as follows:

    1.    On July 17, 2025, Defendant filed a Motion to Compel Arbitration, followed by a related Motion to Stay on July 18. ECF Nos. 9 & 10.

    2.    On July 30, while Plaintiff was preparing her responses to Defendant's Motions, Defendant filed a Supplemental Declaration of Michael J. Drow in Support of Defendant's Motion to Compel Arbitration. ECF No. 16.

    3.    Plaintiff's current deadline to respond to the Motion to Compel Arbitration is August 7, and the deadline to respond to the Motion to Stay is August 8. Plaintiff respectfully requests a two-week extension for each, making the new deadlines August 21 and 22, respectively.

Page 1 of 2
Mayenssi Montiel, et al. v. Parking Revenue Recovery Services, Inc.
U.S.D.C. (Colo.) Case No. 1:25-cv-1771-GPG
Unopposed Motion for Extension of Time to file Responses

4. This request in made in good faith and for good cause, not for purposes of delay.

5. Plaintiff's counsel has conferred with Defendant's counsel, and this Motion is unopposed.

WHEREFORE, premises considered, Plaintiff respectfully requests that the Court enter an Order granting her an additional 14 days to file her responses to Defendant's Motion to Compel Arbitration and Motion to Stay, and for any other relief that the Court deems just and proper.

Respectfully submitted,

**MAYENSSI MONTIEL, Individually and On Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

/s/ Josh Sanford
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

Page 2 of 2
Mayenssi Montiel, et al. v. Parking Revenue Recovery Services, Inc.
U.S.D.C. (Colo.) Case No. 1:25-cv-1771-GPG
Unopposed Motion for Extension of Time to file Responses