**From:** LPR Appeals <lprappeals@parkingrevenuerecovery.com>
**Sent:** Tuesday, February 28, 2023 2:43 PM
**To:** Brooke Fritz <bdombek@hotmail.com>
**Subject:** Re: NWDEN-003673

RE: Nationwide Parking – issued on License Plate Number AXXM91

Notice Number: NWDEN-003673
Date: 02/16/23
Violation: Expired Ticket
Location: 1401 Market St
Balance Due: $82.00

Thank you for your recent communication regarding the PARKING NOTICE described above. The vehicle with this plate number received the PARKING NOTICE, resulting in the BALANCE DUE stated above.

Our office has read your appeal and/or dispute and reviewed the documentation provided. The parking lot you used is a private parking lot with clear and prominent signage identifying the parking company, the payment rates and the additional requirements and/or rules for parking on the lot. You must prepay for the license plate number of the vehicle being parked **for the amount of time your vehicle is to remain on the lot.** By not following the rules of the lot as a result of not paying for the correct amount of time the vehicle was on the lot, the automated license plate recognition system was unable to verify your current and/or additional payment for parking that day and the above PARKING NOTICE was generated. The Notice is upheld, as the posted instructions in the parking lot were not properly followed.

**WE HAVE BEEN AUTHORIZED TO SETTLE THIS NOTICE FOR $62.00.** This reduced amount must be paid within 5 business days or the full amount of the Notice will remain due.

**To accept this reduced offer,** please call the payment center at **888-756-7275**

Please identify the PARKING NOTICE NUMBER and your LICENSE PLATE NUMBER on ALL communications, including your payment. Unless otherwise notified, contacting this firm via methods other than regular mail, e.g., email, fax or telephone, constitutes express consent to reciprocal future communications with you, including voice messages.

Please be aware that our office will not respond to any further communication, via regular mail, email, fax or telephone, unless new information is provided.

Sincerely,

Michelle

Parking Revenue Recovery, Inc.
12381 East Cornell Avenue
Aurora, CO 80014
Tel:  (877) 302-7275
Fax:  303-733-9802

This email, including any attachments, is intended only for the use of the recipient named above, and may contain information which is confidential or legally privileged. If you are not the intended recipient, you have received this message in error and any review, distribution or copying is prohibited. Please notify the sender immediately by reply email, and delete this message from your system.

**From:** Brooke Fritz <bdombek@hotmail.com>
**Sent:** Sunday, February 26, 2023 10:48 PM
**To:** LPR Appeals <lprappeals@parkingrevenuerecovery.com>
**Subject:** Disputing my notice

> This is an external email. Please be cautious when clicking links or opening attachments. When in doubt, contact your Manager.

Hi PRRS,

I received a Parking Notice number NWDEN-003673 (which was actually sent to my husband, Steven Fritz) for my ticket being expired while parking on 2/16/23. I had paid $12 for parking that evening, which I believed was for 3 hours, and I left within the 3 hours. Why was I charged $82 for this?

Thanks,
Brooke Fritz
917-882-7863

Sent from Outlook

To unsubscribe from this group and stop receiving emails from it, send an email to intakes+unsubscribe@sanfordlawfirm.com.