PARKING REVENUE RECOVERY SERVICES, INC
PO BOX 440350
AURORA CO 80044
(877) 302-7275

*Paid*

PRRS

| | |
|---|---|
| Notice Number: | NWDEN-156047 |
| Date Of Notice: | 05/17/2025 |
| Plate: | AXXM91 |
| State: | Colorado |
| **BALANCE DUE: $55.00** | |

*+$104 for overstay since this bill*

||||||||||||||||||||||||||||||||||||
**************AUTO**ALL FOR AADC 800 Tray 8 : Piece 1350
STEVEN ADAM FRITZ
2940 LAFAYETTE DR
BOULDER CO 80305-7109

IF PAYING VIA MAIL, DETACH HERE AND INCLUDE THE ABOVE WITH YOUR REMITTANCE  ✂

---

# NOTICE OF NON-COMPLIANCE



| | |
|---|---|
| Issuer/Creditor | Parking Revenue Recovery Services, Inc |
| Date Issued | 05/14/2025 5:23 PM (MT) |
| Location | CO, Denver, 1385 Larimer Street |
| Violation | Registered Late; After Grace Period |
| Notice Fee | $55.00 |


**[Entry]**: 05/14/2025 10:36 AM (MT)


**[Exit]**: 05/14/2025 5:23 PM (MT)

The vehicle described above was parked on private property on the date of issuance and was in breach of the posted rules and use limitations of the identified property location. Parking Revenue Recovery Services, Inc. is NOT a governmental or affiliated agency. After **30 days** from the date of the notice, the account will be considered in default and may be assigned to a debt collector. The above vehicle may be subject to towing or booting while using or in a facility monitored by PRRS, and the owner may be liable for additional costs and fees, to the extent permitted by law. When you entered the facility, you agreed the sole remedy for all unresolved disputes is binding arbitration and specifically waived the rights to a jury trial, class action and/or class arbitration.

| PAY NOW | CHECK NOTICE STATUS | PAY BY CHECK |
|---|---|---|
| To pay this notice by Credit/Debit Card, **scan the QR code**  or **visit our webpage** at https://arc.asuratechnologies.com/Payment | Parking Payment Providers sometimes report valid payments or monthly permits late to PRRS. When we receive notice of payment we dismiss the notice. If you believe you received a notice in error, check the status of your notice before submitting a dispute at https://arc.asuratechnologies.com/Payment | **Mail the notice coupon above and check** to the following address. Write the Notice number stated above on your check. Make your check payable to PRRS. DO NOT SEND CASH! Payment Center PRRS PO Box 440350 Aurora, CO 80044 |

## TO DISPUTE THIS NOTICE

PRRS takes many steps to ensure the information provided by 3rd parties and our own information is correct. However, PRRS understands that errors can occur. PRRS investigates all disputes submitted via the following link promptly.

https://disputes.prrsparking.com

If you have proof of payment or a valid monthly permit, please submit a copy of the payment receipt or permit at: https://disputes.prrsparking.com

**Online** For quickest resolution, submit your dispute with required information to
https://disputes.prrsparking.com

**Phone** (877) 302-7275

This notice is due and payable to PRRS. All disputes and questions should be directed to PRRS at https://disputes.prrsparking.com within 30 days of receipt of this notice.

**NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

**FOR COLORADO RESIDENTS:**

This is an attempt to collect an amount owed to PRRS and any information obtained will be used for that purpose. This communication is from PRRS. PRRS has a Colorado collection agency license.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Colorado law prohibits credit bureaus from reporting medical debt or factoring medical debt into a credit score unless the consumer report is to be used in connection with a credit transaction that involves, or that may reasonably be expected to involve, a principal amount that exceeds the national conforming loan limit value for a one-unit property as determined by the federal housing finance authority.

For information about the Colorado Fair Debt Collection Practices Act, see HTTPS://COAG.GOV/CAR.