# DANIEL B. KELLEY ATTORNEY AT LAW, LLC

**6025 S Quebec St, Suite 355**
**Centennial, CO 80111-4596**
**Email:** disputes@parkingattorney.com

Tel: (888) 851-6558
Fax: (303) 733-9802

---

July 31, 2025

Notice Number: LAZDEN-215819
License Plate: ECMV87
**Expired Receipt**

Dear ROBERT EDWARD CALDWELL JR,

Thank you for your recent communication regarding this parking notice issued by **Parking Revenue Recovery.** According to the parking notice, on **5/21/2025 7:02 PM, LAZ PARKING DENVER** recorded that a **RIVIAN** with **CO** plate **ECMV87** parked on their lot located at **3350 BRIGHTON BLVD, DENVER, CO**. I have verified through DMV records that you are the registered owner of this vehicle. I have enclosed a copy of the parking notice for your reference.

Parking Revenue Recovery has referred this parking notice to our office as a valid debt for collections. Our office has read your appeal and/or dispute and reviewed the documentation provided. The parking lot you {or the driver} used is a private parking lot with clear and prominent signage identifying the parking company, the payment rates and the additional requirements and/or rules for parking on the lot. You must prepay for the parking space your vehicle is parked in for the correct amount of time frame your vehicle is to remain on the lot. **At the time the notice was issued, the receipt shows an expiration date/time of 5/21/2025 6:26 PM. The parking notice was issued on 5/21/2025 7:02 PM.** By not following the rules of the lot as a result of not paying for the amount of time the vehicle was on the lot, we were unable to verify your current and/or additional payment for parking that day and a notice was generated. The notice is upheld, as the posted instructions in the parking lot were not properly followed. The amount due is **$55.00.**

Please mail your payment to:
Payment Center - PRRS
P.O. BOX 440350
Aurora, CO 80044

Make checks or money orders payable to **PRRS**. Please include the parking notice number and your license plate number on the memo line of your check or money order. Payment may also be remitted via debit/credit card online at https://arc.asuratechnologies.com/.

If you choose not to pay this notice, our firm will determine what further action to take. Further action could include the parking company booting and/or towing your vehicle where the law allows.

Please be aware that our office will not respond to any further communication, via regular mail, email, fax or telephone, unless new information is provided.

Sincerely,


Kaila


Enclosure


Further, pursuant to the Federal Fair Debt Collection Practices Act, we are hereby informing you that the Creditors reserve the right to report this debt to one or more of the credit bureaus after the expiration of thirty-day dispute period. The Creditors prefer not to report this debt, because reporting this debt may have a negative effect on you, including but not limited to your credit rating and credit score. **THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

FOR COLORADO RESIDENTS, FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE https://coag.gov/office-sections/consumer-protection/consumer-credit-unit/collection-agency-regulation/

FOR NON-COLORADO RESIDENTS, FOR INFORMATION ABOUT THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, SEE https://www.ftc.gov/system/files/documents/plain-language/fair-debt-collection-practices-act.pdf