PARKING REVENUE RECOVERY SERVICES, INC
PO BOX 440350
AURORA CO 80044
(877) 302-7275

**PRRS**

| | |
|---|---|
| Notice Number: | PCALIT-067245 |
| Date Of Notice: | 05/01/2025 |
| Plate: | 140ZEN |
| State: | Arkansas |

**BALANCE DUE: $70.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 680 Tray 14 : Piece 4463
MAYENSSI VANESSA MONTIEL
PO BOX 6
OLA AR 72853-0006

IF PAYING VIA MAIL, DETACH HERE AND INCLUDE THE ABOVE WITH YOUR REMITTANCE

# NOTICE OF NON-COMPLIANCE



| | |
|---|---|
| Issuer/Creditor | Parking Revenue Recovery Services, Inc |
| Date Issued | 04/27/2025 2:02 AM (CT) |
| Location | AR, Little Rock, 400 E 3rd Street |
| Violation | Expired Permit / Facility Registration |
| Notice Fee | $70.00 |



[Entry]: 04/26/2025 8:00 PM (CT)



[Exit]: 04/27/2025 2:02 AM (CT)

The vehicle described above was parked on private property on the date of issuance and was in breach of the posted rules and use limitations of the identified property location. Parking Revenue Recovery Services, Inc. is NOT a governmental or affiliated agency. After **30 days** from the date of the notice, the account will be considered in default and may be assigned to a debt collector. The above vehicle may be subject to towing or booting while using or in a facility monitored by PRRS, and the owner may be liable for additional costs and fees, to the extent permitted by law. When you entered the facility, you agreed the sole remedy for all unresolved disputes is binding arbitration and specifically waived the rights to a jury trial, class action and/or class arbitration.

### PAY NOW

To pay this notice by Credit/Debit Card, **scan the QR code**



or **visit our webpage** at

https://arc.asuratechnologies.com/Payment

### CHECK NOTICE STATUS

Parking Payment Providers sometimes report valid payments or monthly permits late to PRRS. When we receive notice of payment we dismiss the notice. If you believe you received a notice in error, check the status of your notice before submitting a dispute at

https://arc.asuratechnologies.com/Payment

### PAY BY CHECK

**Mail the notice coupon above and check** to the following address. Write the Notice number stated above on your check. Make your check payable to PRRS. DO NOT SEND CASH!

Payment Center PRRS
PO Box 440350
Aurora, CO 80044

## TO DISPUTE THIS NOTICE

PRRS takes many steps to ensure the information provided by 3rd parties and our own information is correct. However, PRRS understands that errors can occur. PRRS investigates all disputes submitted via the following link promptly.

https://disputes.prrsparking.com

If you have proof of payment or a valid monthly permit, please submit a copy of the payment receipt or permit at: https://disputes.prrsparking.com

This notice is due and payable to PRRS. All disputes and questions should be directed to PRRS at https://disputes.prrsparking.com within 30 days of receipt of this notice.

Online: For quickest resolution, submit your dispute with required information to **https://disputes.prrsparking.com**

Phone: (877) 302-7275