## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRIAN BRANT, BROOKE FRITZ, ROBERT CALDWELL and MAYENSSI MONTIEL, Each Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiffs,<br><br>v.<br><br>PARKING REVENUE RECOVERY SERVICES, INC., a Colorado Corporation,<br><br>Defendant. | Case No.: Case No.: 1:25-cv-1771-NRN<br><br>**NOTICE OF FILING FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF FILING FIRST AMENDED CLASS ACTION COMPLAINT

Plaintiffs, by and through undersigned counsel, hereby gives notice, pursuant to D.C.COLO.LCivR 15.1, of the filing of Plaintiff's First Amended Class Action Complaint.

A copy of the Amended Complaint, showing all changes made to the prior pleading through strike-through (for deletions) and underline (for additions), is attached hereto as Exhibit A.

A clean copy of the Amended Complaint, without markup and including all exhibits, was filed on August 21, 2025, as ECF No. 19.

Date: 08/27/2025,    Respectfully submitted,

**SANFORD LAW FIRM, PLLC**

Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088
Fax: (888) 787-2040

1