IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01771-GRG-NRN

BRIAN BRANT, BROOK FITZ, ROBERT CALDWELL, and MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

PARKING REVENUE RECOVERY SERVICES, INC.,

    *Defendant*.

---

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION OF MONTIEL'S CLAIMS AND UNOPPOSED MOTION FOR BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO COMPEL ARBITRATION OF ALL PLAINTIFFS' CLAIMS**

---

Defendant Parking Revenue Recovery Services, Inc. ("PRRS") hereby provides notice of withdrawal of its pending Motion to Compel Arbitration of Montiel's Claims (Dkt. 9) and Moves the Court for a briefing schedule on its forthcoming Motion to Compel Arbitration of Plaintiffs Brian Brant, Brooke Fritz, Robert Caldwell, and Mayenssi Montiel's Claims. In support hereof, PRRS states:

    1.    Plaintiff Mayenssi Montiel filed this case against PRRS on June 25, 2025. (Dkt. 1.)

    2.    On July 17, 2025, PRRS filed a Motion to Compel Arbitration. (Dkt. 9.) PRRS filed a supplemental declaration regarding its Motion to Compel Arbitration on July 30, 2025. (Dkt. 16.)

    3.    On August 4, 2025, Plaintiff filed a Motion for Extension of Time to File a Response to PRRS's Motion to Compel Arbitration, which was granted by the Court and extended Plaintiff's deadline to file a response from August 7 to August 21, 2025. (Dkts. 17, 18.)

1

4. On August 21, 2025, Plaintiff Montiel filed a response to PRRS's Motion to Compel Arbitration. (Dkt. 20.) In addition, Plaintiff Montiel filed an Amended Complaint adding three Plaintiffs and asserting an additional claim. (Dkt. 19.) Plaintiffs' Amended Complaint filing did not comply with D.C.COLO.LCivR 15.1 because it did not include a Notice or Motion and did not attach as an exhibit a copy of the amended pleading which strikes through the text to be deleted and underlines the text to be added. *See id.*

5. On August 27, 2025, Plaintiffs filed a Notice of Filing Amended Pleading, which included as an exhibit a copy of the amended pleading which strikes through the text to be deleted and underlines the text to be added. (Dkt. 21.)

6. Neither of Plaintiffs' Amended Complaint filings were filed within 21-days of the original complaint or within 21-days of PRRS's responsive pleading pursuant to Fed. R. Civ. Pr. 15(a)(1). In addition, Plaintiffs did not seek PRRS's consent or the Court's leave to file the amended pleading pursuant to Fed. R. Civ. Pr. 15(a)(2).

7. Nonetheless, in the interest of efficiency, PRRS will consent to Plaintiffs' August 27, 2025 Amended Complaint filing. PRRS calculates its deadline to file a response to Plaintiffs' Amended Complaint as September 10, 2025 pursuant to Fed. R. Civ. Pr. 15(a)(3). PRRS's responsive pleading will be a renewed Motion to Compel Arbitration, addressing all four of Plaintiffs' claims. In the interest of efficiency, PRRS hereby withdraws its prior Motion to Compel Arbitration so that the arbitrability of all of Plaintiffs' claims may be addressed by the parties and the Court in a single Motion on the same briefing schedule.

8. Accordingly, in the interest of judicial economy and resources of the parties, PRRS moves the Court to enter a briefing schedule for PRRS's forthcoming Motion for Arbitration of all

Claims. Good cause exists to set such deadlines so that arbitrability of the claims in this case can be addressed in a single Motion and on the same briefing schedule.

9. Based on the foregoing, PRRS proposes the following briefing schedule:

    a. PRRS shall file a renewed Motion to Compel Arbitration of All Claims on or before September 17, 2025;

    b. Plaintiffs shall file their response to PRRS's Motion to Compel Arbitration of All Claims on or before October 8, 2025;

    c. PRRS shall file its reply in support of its Motion to Compel Arbitration of All Claims on or before October 22, 2025.

**CERTIFICATE PURSUANT TO L. CIV. R. 7.1(a)**

10. In accordance with L. Civ. R. 7.1(a), the undersigned counsel confirms that prior to filing this Motion, she conferred with counsel for Plaintiffs. Plaintiffs do not oppose PRRS's proposed briefing schedule.

DATED this 2nd day of September, 2025.

Respectfully submitted,

*/s/ Kelsey C. Boehm*
Kelsey C. Boehm
FOLEY & LARDNER LLP
1144 15th Street, Suite 2200
Denver, Colorado 80202
Phone: 720.437.2013
kboehm@foley.com

Michael D. Leffel
Foley & Lardner LLP
150 East Gilman Street | Suite 5000
Madison, WI 53703-1482
P 608-258-4216

3

F 608-258-4258  
mleffel@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2025 I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

<i>/s/ Kelsey C. Boehm</i>

4

4899-3178-0964.1