IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01771-GRG-NRN

BRIAN BRANT, BROOK FITZ, ROBERT CALDWELL, and MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

PARKING REVENUE RECOVERY SERVICES, INC.,

    *Defendant*.

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE

Defendant Parking Revenue Recovery Services, Inc. moved this Court for an Order setting a briefing schedule for Defendant's forthcoming motion to compel arbitration.

THIS MATTER having come before the Court, and the Court being fully advised on the premises.

IT IS HEREBY ORDERED THAT:

1. The motion for briefing schedule is GRANTED and the following briefing schedule is entered:

    a. PRRS shall file a renewed Motion to Compel Arbitration of All Claims on or before September 17, 2025;

    b. Plaintiffs shall file their response to PRRS's Motion to Compel Arbitration of All Claims on or before October 8, 2025;

    c. PRRS shall file its reply in support of its Motion to Compel Arbitration of All Claims on or before October 22, 2025.

4909-5112-4581.1

SO ORDERED this _____, day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

4909-5112-4581.1