**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01771-GRG-NRN

BRIAN BRANT, BROOK FITZ, ROBERT CALDWELL, and MAYENSSI MONTIEL,
individually, and on behalf of all others similarly situated,

     *Plaintiffs*,

v.

PARKING REVENUE RECOVERY SERVICES, INC.,

     *Defendant*.

---

**NOTICE OF NON-OPPOSITION TO DEFENDANT PARKING REVENUE RECOVERY
SERVICES, INC.'S MOTION TO STAY**

---

PLEASE TAKE NOTICE that on July 18, 2025, Defendant Parking Revenue Recovery Services, Inc. ("PRRS" or "Defendant") filed its Motion to Stay [Dkt #10]. A response was to be filed by the Plaintiff no later than August 8, 2025, which was extended to August 22, 2025[Dkt #18]. As of the date of this filing, Plaintiff has not filed an opposition to the Motion to Stay [Dkt #10] and therefore it is unopposed.

DATED this 2nd day of September, 2025.

                                       Respectfully submitted,

                                       */s/ Kelsey C. Boehm*
                                       Kelsey C. Boehm
                                       FOLEY & LARDNER LLP
                                       1144 15th Street, Suite 2200
                                       Denver, Colorado 80202
                                       Phone: 720.437.2013
                                       kboehm@foley.com

4911-0278-3333.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2025 I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

*/s/ Kelsey C. Boehm*

4911-0278-3333.1