IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01771-GPG-NRN

BRIAN BRANT, BROOK FITZ, ROBERT CALDWELL, and MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

PARKING REVENUE RECOVERY SERVICES, INC., a Colorado Corporation,

    Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby **ORDERED** that the Notice of Withdrawal of Motion to Compel Arbitration of Montiel's Claims and Unopposed Motion for Briefing Schedule for Forthcoming Motion to Compel Arbitration of All Plaintiffs' Claims (ECF No. 22) is **GRANTED** as follows.

    Defendant Parking Revenue Recovery Services, Inc.'s ("PRRS") Motion to Compel Arbitration (ECF No. 9) is deemed **WITHDRAWN**.

    PRRS shall file a renewed Motion to Compel Arbitration of All Claims on or before **September 17, 2025**. Plaintiffs shall file their response to PRRS's Motion to Compel Arbitration of All Claims on or before **October 8, 2025**. PRRS shall file its reply in support of its Motion to Compel Arbitration of All Claims on or before **October 22, 2025**.

    It is further **ORDERED** that the Scheduling Conference set for October 14, 2025 at 9:30 a.m. is **CONVERTED** to a Telephonic Status Conference. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.

Date: September 3, 2025