# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01771-GRG-NRN

BRIAN BRANT, BROOK FITZ, ROBERT CALDWELL, and MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

PARKING REVENUE RECOVERY SERVICES, INC.,

    *Defendant*.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as additional counsel for Defendant PARKING REVENUE RECOVERY SERVICES, INC.

Dated this 4th day of September, 2025.

    Respectfully submitted,

    */s/ Michael D. Leffel*
    Michael D. Leffel
    Foley & Lardner LLP
    150 East Gilman Street | Suite 5000
    Madison, WI 53703-1482
    P 608-258-4216
    F 608-258-4258
    mleffel@foley.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2025 I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

                                                              */s/ Michael D. Leffel*