IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01771-GPG-NRN

BRIAN BRANT, BROOKE FITZ, ROBERT CALDWELL, AND MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

PARKING REVENUE RECOVERY SERVICES, INC.,

    *Defendant*.

---

**DECLARATION OF TODD TUCKER IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

---

I, Todd Tucker, hereby declare as follows:

1. The matters set forth in this Declaration are based on my personal knowledge and review of Defendant Parking Revenue Recovery Services, Inc.'s ("PRRS") business records. I submit this declaration in support of Defendant's Motion to Compel Arbitration.

2. I am the Chief Operating Officer of Defendant Parking Revenue Recovery Services, Inc. ("PRRS"). I have been Chief Operating Officer of PRRS since November 2024.

3. From approximately December 2023 to July 8, 2025, the parking lots monitored for compliance by PRRS at 400 East 3rd Street in Little Rock, Arkansas ("400 East 3rd Street") contained conspicuous red signs bearing the text reflected in the photograph attached as **Exhibit 1.**

4. From December 2023 to July 8, 2025, the signs were posted in multiple places at 400 East 3rd Street, including at the entrance and exit to the parking lot. Attached hereto as **Exhibit**

1

**2** is a true and correct picture of the sign appearing at the entrance of 400 East 3rd Street in April 2024 from PRRS's business records.

5. Attached hereto as **Exhibit 3** are additional images of the entrance and exit of the 400 East 3rd Street parking lot taken from Google Street view in December 2023.[1]

6. On or about July 8, 2025, PRRS's red signs at 400 East 3rd Street were replaced with an updated version of the red signs. PRRS's new signs are still red and posted in multiple places at 400 East 3rd Street, including at the entrance and exit to the parking lot. In addition, the new signs contain an arbitration provision stating: "ARBITRATION: By parking on this Facility, you hereby agree that the sole remedy for all unresolved disputes is binding arbitration, and specifically waive the right to a jury trial, class action and/or class arbitration."

7. At the time Plaintiff Fritz parked at the parking lot monitored for compliance by PRRS at 1401 Market Street, Denver, Colorado in February 2023, the lot contained conspicuous red signs at the entrance and exit as shown in the photographs attached as **Exhibit 4.** The photographs in Exhibit 4 are from PRRS's business records (taken February 2022). PRRS records indicate that Ms. Fritz paid for two hours of parking but parked in the lot for two (2) hours and 46 minutes.

8. At the time Plaintiff Fritz parked at the parking lot monitored for compliance by PRRS at 1385 Larimer Street, Denver, Colorado in May 2025, the lot contained conspicuous red signs at the entrance and exit bearing the same text reflected in Exhibit 1 as shown in the

---

[1] *See* https://www.google.com/maps/@34.7456415,-92.2671549,3a,75y,319.49h,91.61t/data=!3m7!1e1!3m5!1sdeC27iCyujCgxklrCb-VMg!2e0!6shttps:%2F%2Fstreetviewpixels-pa.googleapis.com%2Fv1%2Fthumbnail%3Fcb_client%3Dmaps_sv.tactile%26w%3D900%26h%3D600%26pitch%3D-1.6099009365069037%26panoid%3DdeC27iCyujCgxklrCb-VMg%26yaw%3D319.4863520803672!7i16384!8i8192?entry=ttu&g_ep=EgoyMDI1MDcxMy4wIKXMDSoASAFQAw%3D%3D

photographs attached as **Exhibit 5.** The photographs in Exhibit 5 are from PRRS's business records (taken August 2024) and from Google Street View images taken in September 2024.[2]

9.   At the time Plaintiff Brant parked at the parking lot monitored by PRRS at 1401 Market Street Denver, Colorado in May 2025, the lot contained conspicuous red signs at the entrance and exit as shown in the photographs from PRRS's business records attached as **Exhibit 6.** The arbitration provision reflected in Exhibit 6 is the same as the Arbitration provision reflected in Exhibit 1.

10.   In addition, when Plaintiff Brant initiated a dispute online with PRRS on June 12, 2025, he agreed to PRRS's Terms and Conditions,[3] which also contain an arbitration provision stating:

> Arbitration. In the event the parties are not able to resolve any dispute between them arising out of or concerning the Contract Terms and these Terms, whether in contract, tort, or otherwise at law or in equity for damages or any other relief, then the parties agree that such dispute shall be resolved only by final and binding arbitration pursuant to the Federal Arbitration Act, conducted by a single neutral arbitrator and administered by an arbitration service selected by the parties, in a location mutually agreed upon by the parties. The arbitrator's award shall be final, and judgment may be entered upon it in any court having jurisdiction. If any legal or equitable action, proceeding, or arbitration arises out of or concerns the Contract Terms and these Terms, the prevailing party shall be entitled to recover its costs and reasonable attorney's fees. The parties agree that the Federal Arbitration Act governs the interpretation and enforcement of this provision. The entire dispute, including the scope and enforceability of this arbitration provision shall be determined by the arbitrator. This arbitration provision shall survive the termination of the Contract Terms and these Terms.

---

[2] *See* https://www.google.com/maps/place/1385+Larimer+St,+Denver,+CO+80202/@39.7471684,-105.0003413,3a,75y,154.22h,84.52t/data=!3m7!1e1!3m5!1stcqUht0NdN3bGsnPMCUJhQ!2e0!6shttps:%2F%2Fstreetviewpixels-pa.googleapis.com%2Fv1%2Fthumbnail%3Fcb_client%3Dmaps_sv.tactile%26w%3D900%26h%3D600%26pitch%3D5.482676868035%26panoid%3DtcqUht0NdN3bGsnPMCUJhQ%26yaw%3D154.21672937476023!7i16384!8i8192!4m15!1m8!3m7!1s0x876c78c577c53331:0x73ee5c9a90eedf7b!2s1385+Larimer+St,+Denver,+CO+80202!3b1!8m2!3d39.7473149!4d-105.0001873!16s%2Fg%2F11dzmxmcym!3m5!1s0x876c78c577c53331:0x73ee5c9a90eedf7b!8m2!3d39.7473149!4d-105.0001873!16s%2Fg%2F11dzmxmcym?entry=ttu&g_ep=EgoyMDI1MDkxMC4wIKXMDSoASAFQAw%3D%3D

[3] PRRS's Terms and Conditions are available at: https://prrsparking.com/termsandcond.html.

11. At the time Plaintiff Caldwell parked at the parking lot monitored by PRRS at 3350 Brighton Boulevard, Denver, Colorado in May 2025, the lot contained conspicuous red signs as shown in the photos from PRRS's business records attached as **Exhibit 7.** The arbitration provision reflected in Exhibit 7 is the same as the Arbitration provision reflected in Exhibit 1.

12. In addition, when Plaintiff Caldwell initiated a dispute online with PRRS on June 10, 2025, he agreed to PRRS's Terms and Conditions, including the arbitration provision quoted and referenced in paragraph 10 herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of September, 2025.

*/s/ Todd Tucker*

Todd Tucker