# EXHIBIT 5











