IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRIAN BRANT, BROOKE FRITZ, and MAYENSSI MONTIEL, Each Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiffs,<br><br>v.<br><br>PARKING REVENUE RECOVERY SERVICES, INC., a Colorado Corporation,<br><br>Defendant. | Case No.: 1:25-cv-1771<br><br>**DECLARATION OF ROBERT CALDWELL** |

## DECLARATION OF ROBERT CALDWELL

Pursuant to 28 U.S.C. § 1746, Robert Caldwell declares, subject to the penalties for perjury, as follows:

1.  My name is Robert Caldwell, and I am over the age of 18 and duly qualified to execute this Declaration and to swear to the accuracy of the facts herein contained.

2.  I reside in Centennial, Colorado. On April 27, 2025, I parked in the PRRS managed parking facility located at 3350 Brighton Boulevard ("Laz Parking lot") in Denver, Colorado.

3.  My attorneys showed me the Exhibits to Defendant's Motion to Compel that show signs posted at the Laz Parking lot. I did not see any of these signs when I entered the garage on April 27.

4.  There were no barriers to entering the facility. There were no gates or stop signs; there wasn't even a speed bump that would have forced me to pause on entering.

5.  Defendant's photos of the signs at the Laz Parking lot do not show the entrance to

1

the lot. I know I did not see any terms and conditions signs as I entered, and Defendant's evidence does not show any.

6. According to Defendant's photos, the only signs stating the terms and conditions either face cars exiting the lot or are posted on the far corner of the lot where nobody is guaranteed to see it. Moreover, the signs are posted so high that nobody walking under them would be able to read them, nor could individuals seated in a car read them. This is particularly true for individuals who are intent on paying via QR code because anyone trying to click through the payment portal would be looking down at his or her phone rather than looking up toward any signage.

7. The tiny red stickers posted on the sign posts do not cure this defect; the print on the stickers is so woefully tiny that it's illegible, even in the closeup photo attached to Defendant's Motion.

8. I did not see any of these signs when I parked at the Laz Parking lot. I was never made aware of any arbitration terms.

9. After finding a parking spot, I found a sign within the lot with a QR code stating that I could pay by scanning the code. I know that I scanned the code to pay, but I do not recall the specifics of clicking through the payment portal. I do not recall any popup or click boxes requiring me to agree to terms and conditions, nor do I recall seeing any additional terms and conditions while paying.

10. I do not recall exactly how much I overstayed my payment, but I know that it couldn't have been more than a minute or two because I was watching my time and knew when it was up.

11. I lodged a dispute with PRRS by visiting the website listed on the fine notice I received and entering my information. I never accepted any additional terms or conditions when

2

lodging the dispute, nor was I notified that lodging a dispute would waive any of my rights such as my right to a trial by jury.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 30th day of September, 2025.

_____
**Robert Caldwell**

3