IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 25-cv-01771-GPG-NRN | Date: October 14, 2025 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| BRIAN BRANT, BROOKE FITZ, ROBERT CALDWELL, AND MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated, | Joshua Sanford |
| Plaintiffs, | |
| v. | |
| PARKING REVENUE RECOVERY SERVICES, INC., | Kelsey Boehm |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**11:26 a.m.    Court in session.**

Court calls case. Appearances of Counsel.

Preliminary remarks by the Court regarding Defendant Parking Revenue Recovery Services, Inc.'s Motion to Stay (Dkt. #10).

For the reasons stated on the record, it is

**ORDERED**:   Defendant Parking Revenue Recovery Services, Inc.'s Motion to Stay (**Dkt. #10**) is **GRANTED**. All discovery is **STAYED** pending further order of court.

In the event that the Motion to Compel Arbitration is denied, within 5 days of that decision, the parties shall contact the Chambers of Judge Neureiter to set a scheduling conference.

**11:29 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:03

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.