IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01771-GPG-NRN

BRIAN BRANT, BROOKE FITZ, ROBERT CALDWELL, AND MAYENSSI MONTIEL, individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

PARKING REVENUE RECOVERY SERVICES, INC.,

    *Defendant*.

---

**SUPPLEMENTAL DECLARATION OF TODD TUCKER IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

---

I, Todd Tucker, hereby declare as follows:

    1.    The matters set forth in this Declaration are based on my personal knowledge and review of Defendant Parking Revenue Recovery Services, Inc.'s ("PRRS") business records. I submit this supplemental declaration in support of Defendant's Motion to Compel Arbitration.

    2.    I am the Chief Operating Officer of Defendant Parking Revenue Recovery Services, Inc. ("PRRS"). I have been Chief Operating Officer of PRRS since November 2024.

    3.    As detailed in my September 17, 2025 declaration, PRRS has provided compliance monitoring for parking facilities located at: 400 East 3rd Street in Little Rock, Arkansas, 1401 Market Street, Denver, Colorado, 1385 Larimer Street, Denver, Colorado, 3350 Brighton Boulevard, Denver, Colorado. PRRS has never accepted payment for use of the foregoing facilities and does not manage the "payment portal" used to accept payment for use of the foregoing facilities. Instead, payment for use of the facilities is handled by third party entities that are not managed or controlled by PRRS.

4. While PRRS monitored the foregoing parking facilities for compliance, users were provided a minimum of a 15-minute grace period after entering to pay for their use of the lot. If an individual exited the lot within the 15-minute entry grace period, they would not be required to pay and would not receive a notice of non-compliance from PRRS.

5. In addition, each lot had an additional grace period to exit the lot after the time paid for expired. The exit grace periods for the parking facilities were as follows:

| Parking Facility | Exit Grace Period |
| --- | --- |
| 400 East 3rd Street in Little Rock, Arkansas | 5 minutes |
| 1401 Market Street, Denver, Colorado | 15 minutes |
| 1385 Larimer Street, Denver, Colorado | 5 minutes |
| 3350 Brighton Boulevard, Denver, Colorado | 30 minutes |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October, 2025.

_____

Todd Tucker

4933-6002-2644.1