



7/30/25, 1:23 PM — Pay For Parking | Little Rock - LR400 (3rd St Garage)

< Checkout

| Product | Qty | Price |
|---|---|---|
| Parking Session | 1 | $6.00 |
| | Service Fee | $1.31 |
| | Total | $7.31 |

Card

☐ Save payment details for future purchases.

SUBMIT

Little Rock - LR400 (3...
400 E 3rd St Little R...

How long would you...

**2 hours**
Expires today at 3:20 PM

What vehicle are y...



https://park.exige.io/locations/7b15f31e-93d0-4647-b6aa-00155303105d/session?ts=2025-07-30T18%3A20%3A23.006Z   1/1